## 35400. BRADFORD v. CITY OF COMMERCE.

GARDNER, P. J. "Regardless of whether a petition sets out a cause of action, if the plaintiff proves every fact charged, without at the same time disproving his right to recover by establishing the existence of other undisputed facts which show that he is not entitled to a verdict, it is not proper to award a nonsuit." *Clark* v. *Bandy*, 196 *Ga*. 546 (27 S. E. 2d 17). See also *Williams* v. *Smith*, 210 *Ga*. 325 (80 S. E. 2d 289); *Buchanan* v. *Heath*, 210 *Ga*. 410 (1) (80 S. E. 2d 393); *Garmon* v. *Boozer*, 210 *Ga*. 542 (81 S. E. 2d 456). The phrase "other undisputed facts," establishment of the existence of which may defeat the action, refers to evidence barring the plaintiff's right to recover other than that pleaded as the cause of action. *Fogarty* v. *Hartley*, 89 *Ga. App*. 437 (1) (79 S. E. 2d 409). There is some evidence in this record to support every material allegation of the petition, for which reason the grant of a nonsuit was error.

*Judgment reversed. Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 3, 1955—REHEARING DENIED MARCH 2, 1955.

*Kermit C. Bradford, H. W. Davis, Jack S. Davidson,* for plaintiff in error.

*T. J. Syfan, Wheeler, Robinson & Thurmond,* contra.